App. Div.]                First Department, May, 1926.

ANTHONY BELLOTTI, Respondent, v. HURON STEVEDORING CORPORATION, Appellant, Impleaded, etc.— Judgment reversed, and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $15,132.35, in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ABE FINKELSTEIN, Appellant, v. SAMUEL H. LEVY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Merrell, J., dissents.

FRANK PELOSO, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CONCETTA PISATURO, as Administratrix, etc., of PETER PISATURO, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ANNA WITTENBERG, Respondent, v. BARNEY KERZNER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Martin, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TERRENCE MILLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LEAH LEVIN, Appellant, v. TRIAD CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JAMES J. WALSH, Respondent, v. WILLIAM MONCUR, as President of Local Union No. 585, New York City, of the United Brotherhood of Carpenters and Joiners of America, and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JESSIE TAYLOR BROWN, Appellant, v. VICTOR GEORG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

FRITZ LEOPOLD SCHMIDT, JR., Appellant, v. WALTER CARROLL LOW and Others, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM F. DORNBUSCH and Another, Appellants, v. HANS KRAUSE, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.